199 So.2d 181

Joseph D. RYMAN

v.

No. 48699.

May 19, 1967.

In re: Brewster Bartle Drilling Company, Inc., and The Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 196 So.2d 583.

Writ refused. On the facts found by the Court of Appeal the result is correct.

McCALEB and SUMMERS, JJ., are of the opinion that the writ should be granted.